**Larry N. ROOD and Billie A. Rood, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5061.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2005.

## ON MOTION

### ORDER

Larry Rood and Billie A. Rood move through counsel to withdraw the appeal. Additionally, appellants request that the court reconsider the December 1, 2005 order denying their request to strike and set aside a June 7, 2004 order issued by the United States Court of Federal Claims.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted.

(2) The request for reconsideration is denied.